1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| Lavon Gray, | Case No. CV 18-06813-AB (FFMx) |
| Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| Walmart Inc. et al., | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 16, 2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE